UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FERNEY DARIO RAMIREZ,

                Petitioner,          09 Civ. 4397 (JGK)

      - against -               ORDER

UNITED STATES OF AMERICA,

                Respondent.
_____

JOHN G. KOELTL, District Judge:

    The petitioner's habeas petition and his motion for contempt appear to be fully briefed. The Government should submit a set of courtesy copies of the petition and the motion by **November 13, 2009**.

SO ORDERED.

Dated:    New York, New York
          November 5, 2009

                                          John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-09